**94–571.**  State ex rel. McKinney v. Wilkinson.  In Mandamus.  Reported at 69 Ohio St.3d 1422, 631 N.E.2d 160.  On motion for rehearing.  Motion denied.